UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

A<small>NDREW</small> L<small>EE</small>-L<small>EO</small> H<small>ILL</small>,

       Plaintiff,

v.

G<small>RETCHEN</small> W<small>HITMER</small> et al.,

       Defendants.
_____/

Case No. 1:20-cv-00372

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 21, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge